John E. Rodarte Sr.
T.D.C.J.# 1263270
Clements Unit
9601 Spur 591
Amarillo,Texas 79107-9606

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TX
2015 FEB 18 PM 1:01

Fourth Court Of Appeals
Office Of The Clerk
300 Dolorosa St.,Suite 3200
San Antonio,Texas 78205-
3037

February 10,2015

RE:Causes 04-14-00922-CV and 04-15-00012,Correspondence From The
4th COA Dated 02/02/2015 And 02/04/2015 to Include A Court Order
To 02/19/2015 In Which To Submit All Indigent Filed Cases,
Pursuant To Chapter 14 Inmate Litigation

To The Honorable Clerk:

This letter that I write,concerns first and foremost,a great con-
cern with the mail here on this unit. As it may be verified,I sent
mail to the U.S. Supreme Court in Washington,I guess you already
knew where the court is. Anyway,mail that was sent January 12,2015,
was stamped received January 23,2015 about twelve days later,when
mail from the Washington court,only took five days for me to receive.

Therefore,I am submitting this letter,so that the proper allowance
of time is recognized by the court,as to why I did not submit a copy
of a six month inmate trust fund printout with this letter. This is
because,I have to submit an I-60 for such a request,which will not
be picked up by mailroom personnel,until 02/11/2015,and then proce-
ssed by the indigent supply department,issue a pass to obtain the
printout,then,indigent mail,will not run until Friday 02/13/2015
which,will probably not get mailed out until Monday or Tuesday the
02/16/2015 which is after the holiday,thus making it all too poss-
ible,that what the court requested of me,will not be received on
time.

To which,I believe,that this court,should already be in reciept
of a more current printout already.

I will now address some of the cases that I have filed indigently,
which will not include some cases where I had to simply represent
myself. These cases are as follows,I will try to present as many of
the case numbers that I can:2005-CI-18884;2010-CI-12625; 2010-CI-0398;
2011-CI-03434;in Bexar County,Texas;in the 4th COA 04-10-00880-CV;
04-14-00922-CV; 04-15-00012-CVS I'M SURE THERE ARE
OTHER FILINGS THERE IN THIS COURT. I ALSO HAVE SOME CIVIL
CASES FILED IN TRAVIS COUNTY,TX, 3RD CDA IN AUSTIN,TX.
THIS INCLUDES SOME CASES FILED IN U.S. DIST. CT. IN SAN
ANTONIO,TEXAS; A COUPLE FILED IN THE U.S.COURT OF APPEALS
FOR THE 5TH CIR. I WILL SUBMIT THE TRUST FUND PRINTOUT
AS SOON AS THIS UNIT WILL MAKE IT POSSIBLE.

John E. Rodarte Sr.
T/D.C.J. # 1263270
Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

LEGAL MAIL
LEGAL MAIL

AMARILLO TX 791

16 FEB 2025 PM 2 L

Fourth Court Of Appeals
Office Of The Clerk
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205-3037

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION